83,181-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

4-27-15

Court of CRIMINAL Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Dear Court of CRIMINAL Appeals of texas,
This is Elijah ISAIAH TayloR T.D.C.J # 1771071. HAbeas corpus number WII-40599-K (A). Well I have a few question for you if you could please answer for me. I'll start by asking you why did the court forward my 11.07 writ to Austin? Without Sending me a Response on what the state decided, cause first the state sent me. The state's Response to Application for writ of HABEAS CORPUS The State. ask the court to designate Applicant's Clams for Evidentiary Development. That was MARch 6, 2015 @ 3:36 P.m Then on MARch 24. 2015 the court filed A ORDER DESIGNATING ISSUES

Sayin, Having considered the Applicant's Application for writ of HABEAS CORPUS, and the State's response thereto, "The court find that there are controverted, previously unsolved facts material to the legality of the Applicant's confinement."

Now after that the court appointed a Attorney to Resolve the issues raised in each of Applicant's ground for "Relief (And) Prepare findings of facts (And) Conclusions of Law for the court." the issues Shall be resolved within 180 days that's what the State Said.

Well on April 6, 2015 the court of CRIMINAL APPEALS sent me a white card Sayin, On This day the Application

for 11.07 writ of HABEAS CORPUS has been received and presented to the court.

So tell me this why did the State forward my write to Austin without giveing me a findings of fact (And) conclusions? tell me that. I didn't even get an answer on what the state decided on my writ to object or not I haven't had that option. The State suppose to give me a finding of fact (And) conclusion but they never did an if they did, they did not let me know what was the State's decision. So could you please tell me what was the States decision

Elijah Isaiah Taylor
Elijah ISAiah TAYLOR
T.D.C.J# 1776071
2101 F.M. 369 North
Iowa park, Texas 76367